AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   SPECIAL AGENT JOE COLLINS (954) 489-1730

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

CASE NUMBER: 00-4188-BSS

FILED by _____ D.C.

JUL 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO:   **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ____MOTLAQ JABER____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY SELTZER
~~CLARENCE MADDOX~~
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ PRE TRIAL DETENTION

U.S. MAGISTRATE JUDGE
~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Title of Issuing Officer

July 29, 2000
~~AUGUST 4, 2000~~, FORT LAUDERDALE, FLORIDA
Date and Location

by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

---

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at ||| 
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

FILED by _____ D.C.
JUL 3 1 2000
CLENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST

CASE NUMBER: 00-4189-BSS

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ **AHMAD AL MASRI** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY S. SELTZER
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ PRE TRIAL DETENTION

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

JULY 31, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest　AUSA LAURENCE M. BARDFELD　　SPECIAL AGENT JOE COLLINS (954) 489-1730

# *United States District Court*

___SOUTHERN___ DISTRICT OF ___FLORIDA___

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

FILED by _____ D.C.

JUL 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-4190-BSS

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___NABIL AQUII___
　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title _21_ United States Code, Section(s) _841(d)(2) and 846_ •

BARRY SELTZER
~~CLARENCE MADDOX~~
Name of Issuing Officer

Signature of Issuing Officer

BSS

Bail fixed at $ _PRE TRIAL DETENTION_

U.S. MAGISTRATE JUDGE
~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Title of Issuing Officer

July 30,
~~AUGUST~~, 2000, FORT LAUDERDALE, FLORIDA - BSS
Date and Location

by _BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE_
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |