# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

## WARRANT FOR ARREST

CASE NUMBER: **00-6211-CR-HURLEY**
MAGISTRATE JUDGE
VITUNAC

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ **MOTLAQ JABER** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

AUGUST 1, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ PRE TRIAL DETENTION    by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |