UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS NAROG,
    Defendant,
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's **AGREED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

DONE AND ORDERED in Fort Lauderdale, Florida, this 26 day of November, 2000.

_____
Magistrate/District Judge

CC:    Fred Haddad, Esq.
        Larry Bardfeld, AUSA
        All counsel