UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
OCT - 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO. 00-6211-CR-DTKH

THOMAS NAROG et al.,

    Defendants.
_____/

### ORDER GRANTING DEFENDANTS' <u>MOTION TO CONTINUE TRIAL & RESETTING TRIAL DATE</u>

    **THIS CAUSE** is before the court upon several defendants' motion to continue the trial from the present setting of October 9th, 2001. Upon consideration of the arguments advanced by defense counsel and in the interest of insuring a fair trial for all defendants in this matter, it is

    **ORDERED and ADJUDGED** that defendants' motion to continue is **granted.** The case is reset for trial on the calendar beginning on Monday, February 4th, 2002. Calendar call will be conducted on Friday, January 25th, 2002, at 1:30 p.m. at the U.S. Courthouse in West Palm Beach, Florida.

    **DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 2nd day of October, 2001.

                                              _____
                                              Daniel T. K. Hurley
                                              U. S. District Judge

Copies provided to all counsel.

