AUSA Laurence Bardfeld                    Special Agent Joe Collins, DEA (954) 489-1700

AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District FLORIDA

UNITED STATES OF AMERICA

vs.

MOTLAQ JABER

**WARRANT FOR ARREST**

Case Number:   00-6211-CR-HURLEY(s)(s)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to    MOTLAQ JABER
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)
Conspiracy to Possess a List 1 Chemical (Pseudoephedrine); and Possession of a List 1 Chemical (Pseudoephedrine).

in violation of ____21____ United States Code,   ____841(c)(2), 846____

CLARENCE C. MADDOX                         COURT ADMINISTRATOR/CLERK OF COURT
Name of Issuing Officer                             Title of Issuing Officer

[signature]                                                     APRIL 12, 2005, in Fort Lauderdale, Florida
Signature of Issuing Officer                       Date and Location

Bail fixed at $ Pre-Trial Detention is recommended
                                                                   HONORABLE BARRY S. SELTZER
                                                                   By: UNITED STATES MAGISTRATE JUDGE
                                                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |